■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERROL ROYAL, Appellant. [722 NYS2d 413] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Barbaro, J.), rendered September 29, 1999, convicting him of assault in the first degree, assault in the third degree, and criminal contempt in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant has not preserved for appellate review his contention that the Supreme Court erred in allowing the prosecution to elicit testimony relating to his prior uncharged crimes and immoral conduct (*see,* CPL 470.05 [2]). In any event, any error was harmless in light of the overwhelming proof of the defendant's guilt (*see, People v Crimmins,* 36 NY2d 230). S. Miller, J. P., Friedmann, Feuerstein and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEJANDRO SANTIAGO, Appellant. [722 NYS2d 414] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Ruchelsman, J.), rendered February 9, 1998, convicting him of burglary in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The objections by the defendant's counsel to references to certain hearsay evidence were sustained, and no requests for curative instructions were made. Accordingly, the Supreme Court "must be deemed to have corrected the error to the defendant's satisfaction" (*People v Campbell,* 228 AD2d 689, 690).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. O'Brien, J. P., Ritter, Goldstein and Smith, JJ., concur.